| From: | Kenneth A. Young |
|---|---|
| To: | Milahn Hull; clare.pozos_usdoj.gov |
| Subject: | USA v. David Landis |
| Date: | Friday, December 18, 2020 10:22:32 AM |

**CAUTION - EXTERNAL:**

Dear Ms. Hull,

I represent Mr. David Landis.

The defense is requesting that Sentencing be continued until
the Court returns to "normal" operations.

I would request that any filing deadlines be extended to one (1) week prior to any
new sentencing date.

I spoke with Ms. Pozos who does not object to this request.

Thank you for your consideration.


Very truly yours,


Kenneth A. Young, Esquire
1500 Walnut Street, Suite 2000
Philadelphia, PA 19102
Tel. (215) 751-1060
Fax. (215) 564-2859
Email. Kenny@Kennethyounglaw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.