IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                        :          CRIMINAL ACTION

         v.                 :

                        :          No. 18-73

DAVID LANDIS
USM# 76127-066
FDC PHILADELPHIA

## NOTICE OF HEARING

       Take notice that the defendant is scheduled for a **Sentencing** hearing on **November 2, 2021** at **10:00 a.m.** before the **Honorable Gerald J. Pappert** in **Courtroom 11-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

**COUNSEL SHALL SUBMIT A SENTENCING MEMORANDUM TO THE COURT FIVE (5) BUSINESS DAYS PRIOR TO THE HEARING.**

For additional information, please contact the undersigned.

By:        Jeffrey Lucini
             Courtroom Deputy to Judge Pappert

Date:       9/27/21

cc via U.S. Mail:     Defendant
cc via email:        Defense Counsel K. Young
                     Assistant U.S. Attorney C. Pozos
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator

crnotice (July 2021)